UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Mag. No. 1:09-mj-345 |
| | ) | |
| COREY CORTEZ HARPER | ) | JUDGE CARTER |

## MEMORANDUM AND ORDER

In accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure and in accordance with the Bail Reform Act, 18 United States Code § 3142(f), the initial appearance, preliminary hearing and detention hearing were held in this action on September 1, 2009. Those present included:

(1) AUSA Terra Bay for the United States of America.
(2) The defendant, COREY CORTEZ HARPER.
(3) Attorney Rita LaLumia for defendant.
(4) Courtroom Deputy Kelli Jones.

Upon being sworn the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

AUSA Bay moved the court for an order detaining the defendant. The defendant waived his detention hearing and preliminary hearing, reserving the right to ask for a detention hearing at a later date.

### Findings

Based on the sworn Affidavit/Complaint and defendant's waiver of preliminary hearing and detention hearing, the undersigned finds:

(1) There is probable cause to believe that there have been violations of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), possession of more than five grams of cocaine base and 18 U.S.C. § 922(g), felon in possession of a firearm and ammunition, committed in the Eastern District of Tennessee.

(2) There is probable cause to believe the defendant committed the aforesaid offenses.

## Conclusions

It is therefore ORDERED:

(1) The defendant be DETAINED without bail.

(2) The defendant's next appearance shall be before the undersigned U.S. Magistrate Judge at **10:00 a.m. on Monday, September 14, 2009.**

ENTER.

Dated: September 1, 2009            *s/William B. Mitchell Carter*
                                    UNITED STATES MAGISTRATE JUDGE